1  JERRY Y. FONG, ESQ. (SBN 99673)
   CAREY & CAREY
2  706 COWPER STREET
   P.O. BOX 1040
3  PALO ALTO, CA  94302-1040
   650/328-5510
4  650/853-3632 fax

5  Attorneys for Defendant CLEMENTE HERNANDEZ-GARCIA

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward J. Davila*

8           UNITED STATES DISTRICT COURT

9       FOR THE NORTHERN DISTRICT OF CALIFORNIA

10              SAN JOSE DIVISION

12  UNITED STATES OF AMERICA,         )   CASE NO.   CR 12-00077 EJD
                                      )              CR-09-00097 JW
13       Plaintiff,                   )   STIPULATIONS OF THE PARTIES
                                      )   TO CONTINUE STATUS
14  vs.                               )   CONFERENCE DATE AND
                                      )   [PROPOSED] ORDER RE SAME.
15  CLEMENTE HERNANDEZ-GARCIA,        )
                                      )
16       Defendant.                   )
                                      )

19       Plaintiff United States of America and Defendant Clemente Hernandez-Garcia hereby

20  jointly stipulate to request that the Court continue the next hearing in this case, from July 2,

21  2012, to July 30, 2012, at 1:30 p.m.

22       This request is made by Attorney Jerry Fong, who was just appointed as the new

23  counsel for Mr. Hernandez-Garcia on June 25, 2012.  Mr. Fong will be gone (out of state)

24  on vacation from July 1, 2012, to July 18, 2012, thereby not available to appear on July 2, as

25  presently scheduled.  In addition, he will need some additional time to become familiar with

26  this case so that he can participate meaningfully in the status conference.

27       The parties jointly request that the Court continue the hearing from July 2, 2012 to

28  July 30, 2012, at 1:30 p.m., and that the time from July 2 to July 30, 2012, be excluded from

                                    1
            STIPULATION TO CONTINUE STATUS CONFERENCE & PROPOSED ORDER RE SAME

1  the Speedy Trial calculations, for effective assistance of counsel.

3  DATED: June 26, 2012                Respectfully submitted,

6                                               /S/
   _____
7  JERRY Y. FONG, Attorneys for Defendant
   CLEMENTE HERNANDEZ-GARCIA

9  DATED: June 26, 2012                Respectfully submitted,

12                                              /S/
    _____
13 SAUSA ANN MARIE URSINI, Attorneys for
   Plaintiff UNITED STATES OF AMERICA

16                    [~~PROPOSED~~] ORDER AS MODIFIED

17     Pursuant to the parties' stipulation and good cause appearing herein, it is hereby
18 ordered that the status conference in this case shall be continued from July 2, 2012, to August
19 27, 2012 at 1:30 p.m., for effective assistance of counsel (due to new appointment and new
20 counsel's scheduling conflict).  Time between July 2, 2012 and August 27, 2012 shall be
21 excluded accordingly, for Speedy Trial purposes and calculation.  It is so ordered.

23 DATED: 6/27/2012                    [signature]
24                                     _____
                                       JUDGE OF THE UNITED STATES
                                       DISTRICT COURT